IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE GARCIA ESTRADA<br>    TDCJ-CID #835624 | § § | |
| V. | § | C.A. NO. C-05-454 |
| | § | |
| DAVID DIAZ, ET AL. | § § | |

## ORDER TO TRANSFER PLEADING AND CLOSE CASE

On December 22, 2004, plaintiff filed suit against certain McConnell Unit employees and officials alleging denial of access to the courts and retaliation. That action is styled <u>Joe Garcia Estrada v. David Diaz, et al.</u>, and is assigned case number C-04-687.

On September 9, 2005, plaintiff filed a pleading seeking injunctive relief against the McConnell Unit defendants. That pleading was erroneously construed as an original complaint and opened as a separate action under this case number, C-05-454.

Because this case was opened in error, the clerk is ordered to administratively close it. The Clerk is instructed to transfer the plaintiff's request for injunctive relief (filed in this action at D.E. 1) to the correct proceeding, case no. C-04-687.

ORDERED this 4th day of November, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE